January 22, 2015



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

WATERFORD HARBOR MASTER ASSOCIATION, Appellant

NO. 14-13-00817-CV                 V.

MICHAEL LANDOLT AND ANN WISMER, Appellees

_____

This court today heard the motion for rehearing filed by appellees. We order that the motion be **OVERRULED**, this court's former judgment of November 6, 2014 be vacated, set aside and annulled, and this court's Memorandum Opinion of November 6, 2014 be withdrawn.

This cause, an appeal from the judgment in favor of appellees, Michael Landolt and Ann Wismer, signed August 13, 2013, was heard on the transcript of the record. We have inspected the record and find error.

We therefore order the portions of the judgment that decreed "[T]he action taken in 2002-2003 by the Board of Directors of Waterford Harbor Master Association to change the alleged typographical error describing the square footage of Waterford Oaks was invalid" and found "that the May 2012 vote was invalid" are **REVERSED**.

We further order the portion of the judgment awarding damages and attorneys' fees in favor of appellees, Michael Landolt and Ann Wismer, be **REVERSED** and we **RENDER** judgment that appellant, Waterford Harbor Master Association, recover attorneys' fees in the amount of $33,263.50, plus an additional $15,000.00 for a successful appeal to the court of appeals, and $15,000.00 for a successful appeal to the Supreme Court of Texas.

We order the remainder of the judgment is **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by appellees, Michael Landolt and Ann Wismer.

We further order this decision certified below for observance.